**Order filed August 27, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00590-CV
_____

## IN THE INTEREST OF V.A., ET AL.

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-01783J**

---

## ORDER

On August 8, 2019, we ordered the Harris County District Clerk to file a supplemental clerk's record to include a relevant item that was omitted from the original clerk's record. *See* Tex. R. App. P. 34.5(c). The record was due by August 19, 2019, but has not been filed. Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record no later than **September 6, 2019**, containing the **decree of termination**. If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM